UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 05-32623-dof |
| Kim Colton and Tomas Colton | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Cash Connexion | 13 | 8 | Unsecured | 696027 | $2.43 |

Dated: December 7, 2009

                                                                                           /s/Carl L. Bekofske
                                              Carl L. Bekofske,
                                              Standing Chapter 13 Trustee
                                              510 W. Court Street
                                              Flint, MI 48503
                                              Telephone: (810) 238-4675
                                              Fax: (810) 238-4712
                                              Email: ECF@flint13.com
                                              P10645